**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    v.

MICHAEL J. BROWN, JR.,

    Defendant.

No. 1:22-MJ-789

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

### ORDER OF DETENTION

The defendant appeared before the undersigned for an initial appearance and detention hearing on January 13, 2023. The United States moved for the detention of the defendant on the ground that he is a danger to the community. Defendant did not oppose the government's motion, and reserved his right to have a detention hearing at a future date should there be a change in his circumstances. The defendant also reserved his right to request a preliminary hearing at a later date. For the reasons stated at the conclusion of the hearing, which are incorporated herein by reference, the undersigned finds that there are no conditions or set of conditions that would ensure his safety in the community, and it is hereby

**ORDERED**, that pursuant to 18 U.S.C. § 3142, the defendant shall be held without bail pending trial in this case.

**IT IS SO ORDERED**.

Dated: January 13, 2023
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge