**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

     v.                                                            No. 1:23-CR-61 (BKS)

BRIAN TIERNEY,

                     Defendant.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER OF DETENTION

The defendant appeared before the undersigned for an detention hearing on March 9, 2023.  The United States moved for an order of detention on the grounds that the defendant is a risk of flight and a danger to the community.  Defense counsel did not oppose the government's motion, and reserved the defendant's right to have a detention hearing at a future date.  For the reasons stated at the conclusion of the hearing on March 9, 2023, which are incorporated herein by reference, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3142(f), the defendant shall be detained without bail pending further proceedings in this case.

**IT IS FURTHER ORDERED** that the defendant is granted leave to seek reconsideration if circumstances change.

**IT IS SO ORDERED**.

Dated: March 9, 2023
           Albany, New York

*Christian F. Hummel* (signature)

Christian F. Hummel
U.S. Magistrate Judge