**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

     v.

BRIAN TIERNEY,

     Defendant.

No. 1:23-CR-61
(BKS)

---

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

## ORDER OF DETENTION

Defendant initially appeared before the undersigned for a detention hearing on March 9, 2023.  See Dkt. No. 43.  The United States moved for defendant's detention on the grounds that he was a risk of flight and danger to the community.  Defendant did not oppose the government's motion and reserved his right to have a detention hearing at a future date.  Defendant then requested a detention hearing which was held before the undersigned on May 11, 2023.  The United States again moved for defendant's detention on the grounds that he is a risk of flight and danger to the community.  Defendant opposed the motion.  For the reasons stated at the conclusion of the hearing, which are incorporated herein by reference, the undersigned finds that there are conditions or a set of conditions that would ensure defendant's return to court, but that there are no conditions or set of conditions that would ensure his safety in the community, and it is hereby

**ORDERED**, that pursuant to 18 U.S.C. § 3142(f), defendant shall be held without bail pending further proceedings in this case.

**IT IS SO ORDERED**.

Dated:  May 11, 2023
        Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge